December 6, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD G. WILHELM, Appellant

NO. 14-11-00501-CV                    V.

FANNIE MAE AND JP MORGAN CHASE BANK NA, AND
CHASE HOME FINANCE L.L.C., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 13, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DONALD G. WILHELM.

We further order this decision certified below for observance.